Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR07-5271RBL |
| Plaintiff, | ) | |
| | ) | ORDER COMPELLING |
| v. | ) | DEFENDANT TO SUPPLY |
| | ) | SALIVA SAMPLE |
| TONY RYAN BURCHETT, | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come before the Court upon a motion by the government to compel the defendant to provide DNA (saliva) samples for forensic comparison, the government's motion being supported by a declaration from Assistant United States Attorney William H. Redkey, Jr., the Court hereby finds that the government has established probable cause to warrant the taking of DNA (saliva) samples from the defendant in order to compare the defendant's DNA to evidence recovered during the investigation of this case.  Based on this finding,

//

//

//

//

1      IT IS HEREBY ORDERED that defendant Tony Ryan Burchett shall provide a

2  sample of his saliva to qualified personnel in the presence of Special Agents of the Bureau

3  of Alcohol, Tobacco, Firearms and Explosives.

4      DATED this 27th of February 2008.

5

6      _____

7      RONALD B. LEIGHTON
       UNITED STATES DISTRICT JUDGE

8
   Presented by:
9

10 s/ William H. Redkey, Jr.
   WILLIAM H. REDKEY, JR.
11 Assistant United States Attorney
   WSBA #7734
12 United States Attorney's Office
   700 Stewart Street. Suite 5220
13 Seattle, WA 98101-1271
   Telephone:  (206) 553-1206
14 Facsimile:   (206) 553-4986
   E-mail: William.Redkey@usdoj.gov
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DNA ORDER/BURCHETT – 2
CR07-5271RBL